

**The Legal Aid Society**
EMPLOYMENT LAW CENTER

*Advocating for workers,*
*their families and communities*

Joan Messing Graff
*President*

William C. McNeill III
*Managing Attorney*

Patricia A. Shiu
*Vice President, Programs*

Senior Staff Attorneys
Claudia Center
Michael T. Gaitley
Christopher Ho

Christina Chung
*Staff Attorney*

Matthew Goldberg
*Staff Attorney*

Shelley A. Gregory
*Staff Attorney*

Professor Joseph R. Grodin
*Special Counsel*

Denise M. Hulett
*Staff Attorney*

Jinny Kim
*Staff Attorney*

Elizabeth Kristen
*Staff Attorney*

Anya Lakner
*Project Attorney*

Ruth Silver Taube
*Special Counsel*

Sharon Terman
*Staff Attorney*

Carole Vigne
*Skadden Fellow*

Ann Blankenship
*Paralegal*

Pamela Mitchell
*Litigation Assistant*

Mary Broughton
*Paralegal*

Djuna Gray
*Litigation Assistant*

**VIA ELECTRONIC FILING**

October 23, 2008

The Honorable Edward M. Chen
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Foster v. Rotech, Case No. 08-3740 EMC

Dear Judge Chen:

The parties in the above-referenced case have agreed to private mediation with Charles Farnsworth set for November 12, 2008.

In an effort to reduce attorneys' fees and costs, plaintiff has not yet served the Complaint in this matter and therefore defendant has not officially made an appearance. However, since we have agreed to early mediation, plaintiff requests that the Court continue the CMC, currently set for November 19, 2008. Your clerk, Ms. Fong, was kind enough to inform me that January 14, 2009 at 1:30 p.m. is available for the CMC.

My opposing counsel has indicated that she is amenable to plaintiff's request for a continuance and I have copied her on this letter.

Thank you for considering this request.

Very truly yours,

Elizabeth Kristen

cc: Robin Siefkin, ADA Unit (via facsimile 415-522-4112)
Kristina Launey, Seyfarth Shaw (via facsimile 916-288-6334)

IT IS SO ORDERED that the case management conference is reset from 11/19/08 to 1/14/09 at 1:30 p.m. A Joint CMC statement shall be filed by 1/7/09. Plaintiff shall serve a copy of this order upon defendants.

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

600 HARRISON STREET, SUITE 120 SAN FRANCISCO, CA 94107
T 415.864.8848 F 415.864.8199