Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
YOLANDA FOSTER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FOSTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROTECH HEALTHCARE, INC.<br><br>　　　　Defendant. | Case No. CV083740-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>(FED. R. CIV. P., Rule 41(a)) |

Plaintiff YOLANDA FOSTER and defendant ROTECH HEALTHCARE INC, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: November 28, 2008　　　　　　　THE LEGAL AID SOCIETY-
　　　　　　　　　　　　　　　　　　　　EMPLOYMENT LAW CENTER


　　　　　　　　　　　　　　　　　　　　By /s/
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Kristen
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　YOLANDA FOSTER

SC1 17099053.1

1
Stipulation for Dismissal

1  DATED: November 28, 2008          SEYFARTH SHAW LLP

3                                     By /s/
                                      Mark P. Grajski
4                                     Kristina M. Launey
                                      Attorneys for Defendant
5                                     ROTECH HEALTHCARE INC.

8  **IT IS SO ORDERED.**

IT IS SO ORDERED

Judge Edward M. Chen

SC1 17099053.1

2

Stipulation for Dismissal

# PROOF of SERVICE

I, Djuna Gray, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY OF SAN FRANCISCO-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On December 1, 2008 I served the following document:

**Stipulation for Dismissal with Prejudice; (Proposed) Order**

X     by transmitting via the Court's CM/ECF electronic transmission system

X     by placing the document(s) listed above in a sealed envelope and causing the envelope to be delivered by U.S. Mail to:

**Attorney for Defendant:**

**Kristina Launey**
**Seyfarth Shaw**
**400 Capitol Mall**
**Suite 2350**
**Sacramento, CA 95814-4428**
**Phone: (916) 448-0159**
**Fax: (916) 558-4839**

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on December 1, 2008 at San Francisco, California.

Djuna Gray

07cv714-L (WMc)